## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HEATHER PICQUELLE,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:23-cv-16271

Judge Matthew F. Kennelly

Magistrate Judge Sheila M. Finnegan

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Verhasa |
| 165 | Busk Sunset |
| 166 | Sarah Zou |
| 164 | Joysoul |
| 169 | Ultra-high lift |
| 189 | Nelson Xia |
| 191 | Miltonre |
| 192 | B Breathtaking |
| 190 | OUNONA Direct |
| 181 | TINY Fun |
| 31 | Fehuew |
| 46 | Foruidea |

| | |
|---|---|
| 71 | PrelerDIY |
| 92 | Delerain |
| 15 | WXPP |

DATED:  February 7, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 7, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt