IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER PICQUELLE, | |
| Plaintiff, | Case No.: 1:23-cv-16271 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, HEATHER PICQUELLE ("Plaintiff"), and the following defendants identified on Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, with prejudice:

| No. | Seller Name |
|---|---|
| 18 | SunFlower UK |
| 203 | VEGCOO Co.ltd |

Each party is to bear its own attorneys' fees, costs and expenses.

DATED: February 27, 2024                    Respectfully submitted,

/s/ Keith A. Vogt                                       /s/ Nicholas S. Lee
Keith A. Vogt (Bar No. 6207971)            Nicholas S. Lee (Bar No. 6284603)
Keith Vogt, Ltd.                                         Bishop Diehl & Lee, Ltd.
33 West Jackson Boulevard, #2W          1475 E. Woodfield Rd., Ste. 800
Chicago, Illinois 60604                             Schaumburg, IL 60173
Telephone: 312-971-6752                        Telephone: (847) 969-9123
E-mail: keith@vogtip.com                       E-mail: nlee@bdl-iplaw.com

**ATTORNEY FOR PLAINTIFF**                **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt