IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16271

Judge Matthew F. Kennelly

Magistrate Judge Sheila M. Finnegan

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, HEATHER PICQUELLE ("Plaintiff"), and the following defendants identified on Schedule A of the Complaint, file this joint Stipulation of Voluntary Dismissal, without prejudice:

| No. | Seller Name |
|---|---|
| 2 | Verhasa |
| 165 | Busk Sunset |
| 166 | Sarah Zou |
| 164 | Joysoul |
| 169 | Ultra-high lift |
| 189 | Nelson Xia |
| 191 | Miltonre |
| 192 | B Breathtaking |
| 24 | Chrisyu |
| 190 | OUNONA Direct |
| 11 | muobv store |
| 25 | MMortin |
| 34 | Qiao Mr Store |
| 42 | LINQI store |
| 70 | Nickopet |

| | |
|---|---|
| 73 | THYUNQ |
| 87 | wanjv |
| 93 | ZDABAOEC |
| 4 | LINQIE Curtains Store |
| 31 | Fehuew |
| 46 | Foruidea |
| 71 | PrelerDIY |
| 92 | Delerain |

Each party is to bear its own attorneys' fees, costs and expenses.

DATED: February 27, 2024　　　　　　　　Respectfully submitted,

*/s/ Keith A. Vogt*　　　　　　　　　　　*/s/ Adam E. Urbanczyk*
Keith A. Vogt (Bar No. 6207971)　　　　Adam E. Urbanczyk
Keith Vogt, Ltd.　　　　　　　　　　　AU LLC
33 West Jackson Boulevard, #2W　　　　444 W. Lake St. Suite 1700
Chicago, Illinois 60604　　　　　　　　Chicago, IL 60604
Telephone: 312-971-6752　　　　　　　Telephone: (312) 715-7312
E-mail: keith@vogtip.com　　　　　　　E-mail: adamu@au-llc.com

***ATTORNEY FOR PLAINTIFF***　　　　***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　Keith A. Vogt